UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. 2:13-cv-1839 DAD P |
| Petitioner, | |
| v. | ORDER |
| DIRECTOR OF CDCR et al., | |
| Respondents. | |

      Petitioner is a state prisoner proceeding pro se and in forma pauperis.  In accordance with the court's February 14, 2014 order, petitioner has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      This court dismissed petitioner's original petition with leave to amend granted to permit petitioner to clarify what conviction, if any, he was attempting to challenge.  Petitioner has clarified in his amended petition that he seeks to challenge a prison disciplinary conviction that he suffered, apparently while incarcerated at Salinas Valley State Prison (SVSP).  (Am. Pet. at 6 & Ex. A.)  Petitioner is currently confined at California State Prison, Corcoran.  Corcoran State Prison is in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the

court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: March 20, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
turn1839.109

2